UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BERNARDO NAVA MALDONADO,** on behalf of others similarly situated,<br><br>*Plaintiff* v.<br><br>**1 COLUMBIA DELI INC, FATHI ALQABILI, AND HERIBERTO RAMIREZ**   *Defendants* | 24-cv-7333 (ALC)<br><br><u>ORDER</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court scheduled a status conference at Plaintiff's request for February 19, 2025 at 2:00 p.m. The Parties failed to appear. The Court adjourns the status conference for **Friday, February 21, 2025 at 2:45 p.m.** The Parties shall contact the Court at 1-855-244-8681 (access code: 2319 454 5869#). The Parties should be prepared to discuss how this case will proceed.

**SO ORDERED.**

**Dated: February 19, 2025**
     **New York, New York**                                    **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**