USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/4/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARDO NAVA MALDONADO,

        Plaintiff,

  -against-

1 COLUMBIA DELI INC., FATHI ALQABILI, and HERBITERTO RAMIREZ,

        Defendants.

24-CV-7333 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received plaintiff's letter dated April 1, 2025 (Dkt. 20) and defendant's letter dated April 4, 2025 (Dkt. 23), filed in response to the Court's Order to Show Cause (Dkt. 19). It is hereby ORDERED that the Order to Show Cause is DISCHARGED. Should counsel once again fail to appear for a scheduled conference without excuse, sanctions will be imposed.

    An initial conference in accordance with Fed. R. Civ. P. 16 will be held on **April 15, 2025, at 11:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York. The parties must submit an updated Pre-Conference Statement (*see* Dkt. 17) no later than **April 11, 2025**.

Dated: New York, New York
       April 4, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**