```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/11/2025
```

**LAW OFFICES OF BAINS LAW**
**ATTORNEY FOR DEFENDANT**
189-10 Hillside Ave
Hollis NY 11423
5162256094
tbains@alibainsfirm.com

April 11, 2025,

**BY ECF**
Magistrate Judge Barbara C. Moses
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

RE:   1:24-cv-07333-ALC Nava Maldonado et al v. 1 Columbia Deli Inc et al

Hon Magistrate Judge Barbara C. Moses

    I am requesting an adjournment of the conference set for 04/15/2025 at 11am. I have conflict appearances. I have a conference in Sheikh v. Sheikh a matrimonial in the Integrated domestic Violence part in Nassau County Supreme Court Before Judge Donohough- Fox. I expect to be finished by 12:30pm and an requesting.

    I am requesting 2pm or thereafter on the same day, 04/15/2025. I am also available on the 17, 18, 29th and 30th of April.

    I reached out to opposing counsel and he consented to the afternoon appearance and in the alternative the dates listed above for an adjournment.

> Application GRANTED. The conference scheduled for April 15, 2025 is **ADJOURNED to April 17, 2025 at 11:00 a.m.** in Courtroom 20A, 500 Pearl Street, New York, NY 10007. SO ORDERED.
>
> *[signature: Barbara Moses]*
>
> Barbara Moses
> United States Magistrate Judge
> April 11, 2025

Sincerely
/S/ Tejinder Bains
Tejinder Bains. Esq