```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/05/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARDO NAVA MALDONADO,

    Plaintiff,

-against-

1 COLUMBIA DELI INC., FATHI ALQABILI, and HERIBERTO RAMIREZ,

    Defendants.

24-CV-7333 (ALC) (BCM)

**ORDER MODIFYING CASE MANAGEMENT SCHEDULE**

**BARBARA MOSES, United States Magistrate Judge.**

After consultation with the parties at the November 5, 2025 status conference, the Court modifies the case management schedule (Dkts. 32, 34) as follows:

1. <u>Fact Depositions</u>: The deadline to complete fact depositions is EXTENDED to **December 5, 2025**, for the limited purpose of taking party depositions (including, at plaintiff's option, the deposition of Nasser Hizam, the owner of defendant 1 Columbia Deli Inc.).

2. <u>Close of Discovery</u>: All discovery must be completed no later than **December 5, 2025**. Summary judgment motions (or, if there are no such motions, the parties' proposed Joint Pretrial Order) must be filed within **30 days** of the close of all discovery, that is, by **January 5, 2026**.

3. <u>Amendment of Pleadings</u>: The parties must promptly meet and confer in good faith regarding the proposed amendment of the complaint to add Mr. Hizam as a defendant. Plaintiff is reminded that any motion for leave to amend must be made pursuant to Fed. R. Civ. P. 15(a)(2) and must also satisfy the "good cause" standard set forth in Fed. R. Civ. P. 16(b)(4).

      Except as expressly modified above, all provisions of the Court's Initial Case Management Order (Dkt. 32) and June 20, 2025 Order (Dkt. 34) remain in effect.

Dated: New York, New York
November 5, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**