UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARDO NAVA MALDONADO,

        Plaintiff,

    -against-

1 COLUMBIA DELI INC., FATHI ALQABILI,
and HERIBERTO RAMIREZ,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __11/26/25__

24-CV-7333 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On November 11, 2025, plaintiff filed an affirmation "in support of Plaintiff's motion to amend the complaint" (Dkt. 44 ¶ 1), together with a proposed amended complaint. (Dkt. 44-1.)[1] Defendants' opposition, if any, was due on November 25, 2025. *See* Local Civ. R. 6.1(b). No opposition has been filed. If no opposition is received by close of business on December 1, 2025, the Court will consider the motion unopposed.

Dated:  New York, New York
       November 26, 2025

                      **SO ORDERED.**

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**

---

[1] However, plaintiff did not file a notice of motion, as required by Local Civ. R. 71.(a)(1), or a memorandum of law, as required by Local Civ. R. 7.1(a)(2). In the future, the Court will expect counsel to comply in full with the Local Civil Rules.