# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165

———

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

> Application DENIED for (i) failure to certify that the parties met and conferred in good faith before plaintiff filed his letter, and (ii) failure to quote or attach the allegedly insufficient interrogatory answers. *See* Fed. R. Civ. P. 37(a)(1); Local Civ. R. 37.1; Moses Ind. Prac. 2(b). As to summary judgment, plaintiff's deadline to file his request for a pre-motion conference with the District Judge (*see* Carter Ind. Prac. 2A) is **March 4, 2026.** In that letter, plaintiff must advise the Court as to *which* defendants he intends to seek summary judgment against, and *when* (if at all) he expects to serve newly-added defendant Nasr Al Qabili with process. **SO ORDERED**.
>
> **Barbara Moses, U.S.M.J. 2/4/26**

**VIA ECF**
Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York


Re:     Nava Maldonado v. One Columbia
        Case No.:  **1:24-cv-07333-ALC**


Dear Judge Moses:

    This office represents the Plaintiff in the above-referenced matter. We write to inform the Court that Plaintiff intends to file a motion for summary judgment. However, Defendants have still failed to comply with your Honor's discovery order. Defendants' interrogatory responses still have varying names throughout their response, which are not consistent with your Honor's order where Nasr Al Qabili is the owner of the Corporate Defendant. Once again, Defendants' interrogatory responses refer to the following individuals instead: Nizzar HIZAM AKA ALQUABILI aka Alquabili, Nizzar Hizzam, Nassar HIZAM AKA ALQUABILI AKA ALQUABILI, Nassar HIZAM AKA ALQUABILI, NASER HIZEM. Accordingly, we request that Defendants be sanctioned for their failure to comply with your Honor's December 22, 2025 order, and that Defendants be compelled once more to provide proper responses as per this Court's order and the December 22, 2025 conference.

    We thank the Court for its time and attention to this matter.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   02/03/26
```

Respectfully Submitted,

*/s/Robert Jun*
Robert Jun

# MEMO ENDORSED

*Certified as a minority-owned business in the State of New York*