UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    04/09/26
```

BERNARDO NAVA MALDONADO,

        Plaintiff,

    -against-

1 COLUMBIA DELI INC., FATHI ALQABILI, HERIBERTO RAMIREZ, and NASR AL QABILI,

        Defendants.

24-CV-7333 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On March 5, 2026, the Court declined the reopen the discovery period in this action, but did extend the parties' deadline to file pre-motion letters as to summary judgment, until April 4, 2026. (Dkt. 66.) That date has now come and gone, but no pre-motion letters regarding summary judgment have been filed. Consequently, the parties must submit their proposed joint pretrial order no later than **May 8, 2026**, in compliance with § 4 of the Individual Practices of the Hon. Andrew L. Carter, United States District Judge.

Dated: New York, New York
      April 9, 2026

              **SO ORDERED.**

              _____
              **BARBARA MOSES**
              **United States Magistrate Judge**