# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165
_____

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:   05/11/26

May 8, 2026

**<u>VIA ECF</u>**
Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York

**MEMO ENDORSED**

Re:    Nava Maldonado v. One Columbia Deli Inc et al
       Case No.:  **1:24-cv-07333-ALC**

Dear Judge Moses:

This office represents the Plaintiff in the above-referenced matter. We write to request for a 31-day extension for the parties to file their Joint Pretrial Order. The current deadline is today, May 8, 2026. The extended deadline would be June 8, 2026. The reason for the request is that the parties need more time to prepare the JPTO. This is the first time the parties are requesting the relief herein.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/Robert Jun*
Robert Jun

> Application GRANTED. No additional extensions will be granted absent compelling circumstances.
>
> SO ORDERED.
>
> May 11, 2026          _____
>                         **Barbara Moses, U.S.M.J.**

*Certified as a minority-owned business in the State of New York*