# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165
_____

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    6/9/26
```

June 9, 2026

**MEMO ENDORSED**

**VIA ECF**
Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York

Re:    Nava Maldonado v. One Columbia Deli Inc et al
       Case No.:  **1:24-cv-07333-ALC**

Dear Judge Moses:

   This office represents the Plaintiff in the above-referenced matter. The deadline for the parties to file a proposed Joint Pretrial Order was yesterday, June 8, 2026. However, the undersigned suffered a serious back injury on June 3, 2026, and accordingly was not able to prepare the JPTO on a timely basis due to the injury. The undersigned just emailed the proposed JPTO to Defendants' counsel today, and had a telephone conversation today with Defendants' counsel regarding the JPTO, and Defendants' counsel refused to submit Defendants' portion of the JPTO, stating that the deadline had already passed. Defendants' counsel does not consent to this extension request. We write to request for a 14-day extension for the parties to file their Proposed Joint Pretrial Order, so that the new deadline would be June 22, 2026. This is the second time the Plaintiff has requested the relief herein.

   We thank the Court for its time and attention to this matter.

Application GRANTED. No further
extensions will be granted absent
compelling circumstances.

SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
June 9, 2026

Respectfully Submitted,

*/s/Robert Jun*
Robert Jun

*Certified as a minority-owned business in the State of New York*